NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1080

THE WESTERN UNION COMPANY,

Plaintiff-Appellee,

v.

MONEYGRAM PAYMENT SYSTEMS, INC.,

Defendant-Appellant.

Appeal from the United States District Court for the Western District of Texas in case no. 1-07-CV-372, Judge Sam Sparks.

ON MOTION

O R D E R

MoneyGram Payment Systems moves without opposition for a 14-day extension of time, until February 16, 2010, to file its principal brief, and a 7-day extension of time, until April 5, 2010, for The Western Union Company to file its principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 1 9 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  David E. Sipiora, Esq.
     Emmett J. McMahon, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 1 9 2010

JAN HORBALY
CLERK